No. —, Original. *Ex parte :* IN THE MATTER OF JAMES HAMILTON LEWIS, PETITIONER. Submitted May 21, 1906. Decided May 28, 1906. *Per Curiam.* Motion for leave to file a petition for a writ of certiorari denied. *Jones* v. *Montague,*

194 U. S. 147; *Security Insurance Company* v. *Prewitt,* 200 U. S. 446; *Mills* v. *Green,* 159 U. S. 651; *Bessette* v. *W. B. Conkey Company,* 194 U. S. 324. *Mr. Holmes Conrad* for petitioner.